1  KATHLEEN J. CHOI, CA Bar No. 284428
   kathleen.choi@ogletree.com
2  OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
3  400 South Hope Street, Suite 1200
   Los Angeles, CA 90071
4  Telephone: 213-239-9800
   Facsimile: 213-239-9045
5
   Attorneys for Defendant
6  BLUETRITON BRANDS INC. formerly known as
   NESTLÉ WATERS NORTH AMERICA, INC.
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| 11 | KATHY BAILEY, an individual, | Case No. 5:21-cv-00795-JWH (KKx) |
|---|---|---|
| 12 | Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| 13 | v. | Complaint Filed: February 5, 2021 |
| 14 | NESTLE WATERS NORTH AMERICA INC., a Delaware corporation; and DOES 1-10, Inclusive, | Final Pretrial Conference: November 18, 2022, 11:00 a.m. |
| 15 | | Trial Date: December 5, 2022, 9:00 a.m. |
| 16 | Defendants. | District Judge: Hon. John W. Holcomb Courtroom 2, Riverside |
| 17 | | Magistrate Judge: Hon. Kenly Kiya Kato Courtroom 3 or 4, Riverside |

1  Plaintiff Kathy Bailey ("Plaintiff" or "Bailey") and defendant BlueTriton Brands, Inc. ("Defendant" or "BlueTriton") hereby jointly notify the Court that a settlement has been reached in the above-captioned case.

Plaintiff and Defendant (the "Parties") would like to avoid any additional expense and further the interests of judicial economy. Therefore, the Parties respectfully request this Honorable Court to vacate all currently set dates and pleading deadlines with the expectation that the Joint Stipulation for Dismissal with prejudice as to the entire case will be filed within 60 days.

DATED: August 15, 2022            SOLOUKI | SAVOY, LLP

                                  By: /s/ *Grant Joseph Savoy*_____
                                      Grant Joseph Savoy
                                      Shoham J. Solouki

                                  Attorneys for Plaintiff
                                  KATHY BAILEY

DATED: August 15, 2022            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                  By: /s/ *Kathleen J. Choi*_____
                                      Kathleen J. Choi

                                  Attorneys for Defendant
                                  BLUETRITON BRANDS INC. formerly known as NESTLE WATERS NORTH AMERICA, INC.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Kathleen J. Choi, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:     August 16, 2022        By: /s/ *Kathleen J. Choi*_____